# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CARDINAL CROSSING GP, LLC T/A CARDINAL CROSSING REALTY ASSOCIATES, L.P., | : | No. 547 MAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARPLE TOWNSHIP, | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.